Orders.

COMMONWEALTH *vs.* DANIEL LIAKOS. MR. JUSTICE LIACOS did not participate.

COMMONWEALTH *vs.* ROBERT F. PACHECO.

COMMONWEALTH *vs.* JOSEPH W. SILVIA, JR.

DANIEL F. DULLEA *vs.* MASSACHUSETTS BAY TRANSPORTATION AUTHORITY.

EDWIN R. SAGE COMPANY *vs.* JOAN L. FOLEY & another, trustees. MR. JUSTICE BRAUCHER did not participate.

BARBARA K. HAGER *vs.* EDWARD B. HAGER. MR. JUSTICE LYNCH did not participate.

EDGAR L. KELLEY & others *vs.* WEYERHAEUSER COMPANY. MR. JUSTICE LYNCH did not participate.

NEW ENGLAND MERCHANTS NATIONAL BANK *vs.* JOHN H. LATSHAW (and a companion case).

SUMNER H. PIERCE & another *vs.* SENTRY INSURANCE.

FRANKLIN RODERICK *vs.* GEORGE CARVALHO & another (and a companion case).

JAMES R. THOMAS *vs.* WILLIAM E. CHRISTENSEN & others.

CHRISTIAAN P. WITTEVELD & another *vs.* CITY of HAVERHILL & others. MR. JUSTICE LIACOS did not participate.


October 5, 1981


*Granted*:

COMMONWEALTH *vs.* MANUEL S. DIAS.

I. LOUISE MACNEIL *vs.* TOWN OF AVON & another.

JOSEPH MADDALONI *vs.* WESTERN MASS. BUS LINES, INC.

SOUTHERN WORCESTER COUNTY REGIONAL VOCATIONAL SCHOOL DISTRICT *vs.* LABOR RELATIONS COMMISSION.


*Denied*:

AUTOMATED DONUT SYSTEMS, INC. *vs.* CONSOLIDATED RAIL CORPORATION.

GABRIEL CARON & another *vs.* BARKAN CONSTRUCTION COMPANY, INC., & another.

COMMONWEALTH *vs.* BOBBY GLEN.

COMMONWEALTH *vs.* BEN KINNEY.

COMMONWEALTH *vs.* THOMAS LANIGAN.

COMMONWEALTH *vs.* SAMMIE L. MITCHELL.

COMMONWEALTH *vs.* NORMAN J. STOCKWELL.

COMMONWEALTH *vs.* MICHAEL ZDANOWICZ.

MARY A. GALLUZZO *vs.* DOMINIC J. GALLUZZO.

DIANE HOCKENBURY *vs.* CITY OF BROCKTON.

JOHN E. LYNN *vs.* CHARLES A. NASHAWATY & another.

MALDEN TRUST COMPANY *vs.* LEE ROBBINS & others.

METROPOLITAN DISTRICT COMMISSION *vs.* CITY OF CAMBRIDGE. MME. JUSTICE ABRAMS did not participate.

HAROLD NABHAN & others *vs.* BOARD OF SELECTMEN OF SALISBURY & others. MR. JUSTICE NOLAN did not participate.

RHODE ISLAND HOSPITAL TRUST NATIONAL BANK, executor, & others *vs.* PAUL J. BURNS, administrator.

SKOPEK BROS., INC. *vs.* WEBSTER HOUSING AUTHORITY.

PAUL T. SMITH & others *vs.* ATLANTIC PROPERTIES, INC., & another. MME. JUSTICE ABRAMS did not participate.

CITY OF SPRINGFIELD *vs.* DAVID SCHAFFER.

DONALD C. STEWART & others *vs.* BOARD OF APPEALS OF BOXFORD & others.

SAMUEL L. THOMPSON *vs.* MARGARET THOMPSON.